# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In the matter of | Case No. **09-18085** |
| **KENNETH MULLEN, Jr.** | |
| **RITA MULLEN** | Chapter 7 |
| Debtor(s) | Judge **Jeffery P. Hopkins** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$2.94 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| ONCOLOGY/HEMATOLOGY CARE INC<br>PO Box 64111174<br>Cincinnati, OH 45264 | 11 | $2.94 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $2.94 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:   3/4/2011                           /s/ GEORGE LEICHT

                                            George Leicht

cc: U.S. Trustee